UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                         )<br>                 Plaintiff,                  )<br>                                                         )<br>         v.                                         )<br>                                                         )<br> JANICE LYNN CURRE,              )<br>                                                         )<br>                 Defendant.                )<br>_____ ) | Case No. CR04-0357-MJP-JPD<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised released was held before the undersigned Magistrate Judge on February 17, 2006. The defendant was advised of the alleged violations and denied the same. An evidentiary hearing was scheduled for February 21, 2006. The defendant was ordered detained.

An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on February 21, 2006. The United States was represented by Assistant United States Attorney William Redkey, and the defendant by Ms. Paula Deutsch. The proceedings were recorded on cassette tape.

The defendant had been charged and convicted of Conspiracy to Possess Document-Making Devices to Commit Fraud in violation of 18 U.S.C. § 371. On or about November 22, 2002, defendant was sentenced by the Honorable Marsha J. Pechman to five (5) years of probation.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, substance-abuse and mental-health treatment

participation; consent to search; no possession of a firearm, explosive device, or other dangerous weapons; prohibition from incurring new credit charges, opening additional lines of credit, or negotiating or consummating any financial contracts without the approval of the probation officer; use of true and legal name at all times, and prohibition from the use of any aliases, false dates of birth, social security numbers, places of birth, and any other pertinent demographic information; participation in home confinement with electronic monitoring for a period of six (6) months, the cost of electronic monitoring to be paid 100% by defendant; financial disclosure; and restitution.

In a Petition for Warrant or Summons and a Violation Report and Request for Warrant, both dated November 30, 2005, U.S. Probation Officer Joe G. Mendez asserted the following violations by defendant of the conditions of her supervised release:

(1) Failing to submit monthly reports within the first five days of every month for the months of April, May, June, July, August, September, and October 2005, in violation of standard condition number 2.

(2) Failing to make minimum monthly restitution payments of $50.00, for the months of March, April, May, June, July, August, September, and October 2005, in violation of a special condition of probation that defendant make monthly installment payments towards her restitution of $400,000.

(3) Failing to notify the United States Probation office at least ten days prior to any change in residence or employment, in violation of standard condition number 6.

The defendant admitted to all three violations.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violations numbers 1, 2, and 3, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations will be set before the Honorable Marsha J. Pecham, at a date to be determined.

Pending a final determination by the Court, the defendant was released on bond with

01  conditions of placement in a halfway house.

02  DATED this 28th day of February, 2006.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:   District Judge:         Honorable Marsha J. Pecham
      AUSA:                   Mr. William Redkey
      Defendant's attorney:   Ms. Paula Deutsch
      Probation officer:      Mr. Joe Mendez

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 3