UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br> ) <br> Plaintiff,   ) <br> ) <br> v.   ) <br> ) <br> ) <br> JANICE LYNN CURRE,   ) <br> ) <br> Defendant.   ) <br>_____ | Case No. CR04-0357-MJP-JPD <br><br> SUMMARY REPORT OF U.S. <br> MAGISTRATE JUDGE AS TO <br> ALLEGED VIOLATIONS <br> OF SUPERVISED RELEASE |

An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on March 23, 2007. The United States was represented by Assistant United States Attorney, Mr. William Redkey, and the defendant by Ms. Paula Deutsch. The proceedings were recorded on cassette tape.

The defendant had been charged and convicted of Conspiracy to Possess Document Making Devices and Commit Fraud in the District of Nevada. Defendant was transferred to the Western District of Washington where on or about February 17, 2006, she was arrested for violations of her probation. On February 21, 2006, she was released on a personal recognizance bond and required to reside at a halfway house pending disposition. On or about April 6, 2006, defendant was sentenced by the Honorable Marsha J. Pechman to a term of seventeen (17) days in custody, to be followed by twenty-four (24) months of supervised release.

The conditions of supervised release included the requirements that the defendant

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

comply with all local, state, and federal laws, and with the standard conditions.  Special conditions imposed included, but were not limited to, substance-abuse and mental-health treatment participation, financial disclosure, restitution in the amount of $171,790.19, consent to search and seizure, no firearm possession, explosive device, or other dangerous weapons, prohibition from incurring new credit charges, opening additional lines of credit, or negotiating or consummating any financial contracts without the approval of the probation officer, shall use and have no other identification than her true and legal name at all times, no use of any aliases, false dates of birth, social security numbers, places of birth, and any other pertinent demographic information, and to reside in a Community Corrections Center for up to 120 days.  Defendant was released on June 12, 2006.

In a Petition for Warrant or Summons dated August 14, 2006, U.S. Probation Officer Joe G. Mendez asserted the following violations by defendant of the conditions of her supervised release:

1. Using cocaine on or before June 26, 2006, in violation of standard condition No. 7.

2. Failing to participate in a chemical dependency treatment program as directed, in violation of special condition No. 3.

3. Failing to submit monthly reports within the first five days of every month for the months of June and July 2006, in violation of standard condition No. 2.

4. Failing to make minimum monthly restitution payments of $50.00 for the months of June and July 2006, in violation of a special condition of supervision that she make monthly installment payments towards her restitution of $171,790.19.

The defendant was advised of her rights, and admitted to the alleged violations number 1 through 4.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violations number 1 through 4, and that the

01 Court conduct a hearing limited to disposition. A disposition hearing on this violation will be

02 set before the Honorable Marsha J. Pechman, at a date to be determined.

03 Pending a final determination by the Court, the defendant has been released to a

04 halfway house subject to the conditions of her supervision.

05 DATED this 23rd day of March, 2007.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

| cc: | District Judge: | Honorable Marsha J. Pechman |
|---|---|---|
| | AUSA: | Mr. William H. Redkey, Jr. |
| | Defendant's attorney: | Ms. Paula Deutsch |
| | Probation officer: | Mr. Steve McNickle |