UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR04-357-MJP |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| JANICE LYNN CURRE, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on January 22, 2008. The United States was represented by Assistant United States Attorney Michael Lang, and the defendant by Paula Deutsch. The proceedings were digitally recorded.

The defendant had been charged and convicted of Conspiracy to Possess Document Making Devices/Commit Fraud, in violation of 18 U.S.C. § 371. On or about November 22, 2002, defendant was sentenced by the Honorable Marsha J. Pechman to a term of five (5) years probation.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, substance abuse program, financial disclosure, $171,790.19 restitution, mental health, 120 day RRC, search, no new credit, no possession of identification in any other person's name, and alcohol abstinence.

In a Petition for Warrant or Summons dated January 3, 2008, U.S. Probation Officer Jerrod Akins asserted the following violation by defendant of the conditions of her supervised

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 1

release:

    (1)    Failing to report to the U.S. Probation Officer as instructed on December 28, 2007, in violation of standard condition no. 2.

    (2)    Failing to report a change in residence or employment as instructed, in violation of standard condition no. 6.

On January 14, 2008, defendant made her initial appearance. The defendant was advised of the allegation and advised of her rights. On January 22, 2008, defendant appeared for an evidentiary hearing on the alleged violations. Defendant admitted to violations 1 and 2.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as alleged in violations 1 and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing has been set before the Honorable Marsha J. Pechman on February 8, 2008 at 11:30 a.m.

Pending a final determination by the Court, the defendant has been released, subject to supervision..

DATED this 22nd day of January, 2008.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

cc:    District Judge:    Honorable Marsha J. Pechman
      AUSA:    Mr. William Redkey, Jr.
      Defendant's attorney:    Ms. Paula Deutsch
      Probation officer:    Mr. Jerrod Akins